IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DERRICK E. KING, Inmate #N12641, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| ILLINOIS DEPARTMENT OF CORRECTIONS, MENARD CORRECTIONAL CENTER, E. McADORIE, URINE TEST EXAM #AR203, *et al.*, | )  CIVIL NO. 04-392-JLF<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous.

Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff.

Plaintiff shall take nothing from this action.

| | |
|---|---|
| April 17, 2006 | By: *s/ James L. Foreman* |
| Date | District Judge |